[No. 35292-0-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. J.E.L., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-8-04997-8, by Commissioner, entered September 26, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.

[Nos. 36445-6-I; 38648-4-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEXANDER A. KUSULOS, *Appellant.*

*In the Matter of the Personal Restraint of* ALEXANDER KUSULOS, *Petitioner.*

Appeals from a judgment of the Superior Court for King County, No. 94-1-01903-8, J. Kathleen Learned, J., entered March 20, 1995, together with a petition for personal restraint. *Affirmed* by unpublished per curiam opinion.

[No. 36548-7-I.    Division One.    February 3, 1997.]

*In the Matter of the Marriage of* MAY ANN GREEN, *Appellant, and* PHILLIP A. GREEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-02819-4, Nancy Ann Holman, J., entered February 21 and April 3, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36651-3-I.    Division One.    February 3, 1997.]

KING COUNTY, ET AL., *Respondents,* v. MARCUS C. ULLAND, ET AL., *Appellants.*

Appeal from judgments of the Superior Court for King County, No. 93-2-19661-0, Michael Spearman and Harriett M. Cody, JJ., entered January 20, 1994 and April 10, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Ellington, JJ.